**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7468**

---

KEVIN RAY SCHRUBB, SR.,

Petitioner - Appellant,

versus

RONALD J. ANGELONE, Director of the Virginia
Department of Corrections,

Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Robert G. Doumar, District Judge.
(CA-95-479-2)

---

Submitted:  February 29, 1996        Decided:  March 26, 1996

---

Before WILKINS, HAMILTON, and WILLIAMS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Kevin Ray Schrubb, Sr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's orders denying relief on his 28 U.S.C. § 2254 (1988) petition and denying his motion filed under Fed. R. Civ. P. 60(b). We have reviewed the record and the district court's opinions and find no abuse of discretion. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Schrubb v. Angelone, No. CA-95-479-2 (E.D. Va. July 17, 1995; Aug. 25, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED